**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,     ) )  | No. CV 05-2382-PHX-SMM |
|                               ) | **ORDER** |

EQUAL EMPLOYMENT                )     No. CV 05-2382-PHX-SMM
OPPORTUNITY COMMISSION,          )
                                 )     **ORDER**
                                 )
          Plaintiff,             )
                                 )
v.                               )
                                 )
BASHAS, Inc.,                    )
                                 )
          Defendant.             )
                                 )
NAVAJO NATION,                   )
          Rule 19 Defendant.     )
_____  )

      Before the Court is the Motion to Withdraw as Counsel for Plaintiff EEOC (Doc. 50). According to the motion, the withdrawal of Katherine K. Kruse as counsel is necessary because Ms. Kruse is no longer a trial attorney with the Phoenix District Office legal unit.

      Good cause appearing,

      **IT IS HEREBY ORDERED GRANTING** the Motion to Withdraw as Counsel for Plaintiff EEOC (Doc. 50).

      **IT IS FURTHER ORDERED** that attorney Katherine K. Kruse is withdrawn as counsel in the present case. Mary Jo O'Neill, Sally C. Shanley, and Lucila G. Rosas remain as counsel of record for the EEOC.

      DATED this 14th day of January, 2010.

Stephen M. McNamee
United States District Judge